**FILED**
**FEBRUARY 4, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Debra M. Brand

    Plaintiff,

v.   Case No.

THE AMERITECH SICKNESS & ACCIDENT
DISABILITY BENEFIT PLAN,

    Defendant.

**08 C 751**

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE DENLOW**

### DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant, The Ameritech Sickness and Accident Disability Benefit Plan., pursuant to 28 U.S.C. §§ 1441 and 1446, and by its attorney, Stephen B. Mead, hereby removes Case No. 07 CH 367412 from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois. This Notice of Removal is based on the following facts:

1. Plaintiff's Complaint purportedly asserts a claim that Plaintiff was denied benefits in violation of the Employee Retirement Income Security Act, 29 U.S.C. §§ 1001-1461, a federal statute.

2. The Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

3. CT Corporation received the Summons and Complaint in this matter by process server on January 8, 2008.

4. Attached and made at part of this Notice are copies of the Summons and Complaint. There have been no other filings in the State Action.

5. This matter is properly removable pursuant to 28 U.S.C. § 1441.

6. Removal is also timely pursuant to 28 U.S.C. § 1446(b).

7. Defendants have served a copy of this Notice upon counsel for the Plaintiff and the Clerk of the Circuit Court of Cook County.

Dated at Chicago, Illinois this 4th day of February, 2008.

Respectfully submitted,

THE AMERITECH SICKNESS
& ACCIDENT DISABILITY
BENEFIT PLAN


By: _____
         Its Attorney

Stephen B. Mead
AT&T Services, Inc.
225 West Randolph St.
25th Floor
Chicago, IL 60606
Attorney No. 06229837
Tel: (312) 727-3506
Fax: (312) 845-8976
Stephen.Mead@att.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2008, I electronically filed the foregoing ***Defendant's Notice of Removal*** with the Clerk of the Court using the ECF system, and that I forwarded a copy via U.S. Mail to:

> David A. Belofsky
> Douglas M. Belofsky
> Lance R. Minor
> Belofsky & Belofsky, P.C.
> 33 North Dearborn Street
> Suite 2330
> Chicago, IL  60602

> Clerk of Courts
> Circuit Court of Cook County, Illinois
> Daley Center
> Chicago, IL  60602

> s/ Stephen B. Mead
> Attorney for Defendant
> AT&T Services, Inc.
> 225 W. Randolph Street, Floor 25B
> Chicago, Illinois 60606
> (312) 727-3506
> Stephen.Mead@att.com