UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____

Debra M. Brand

       Plaintiff,

v.                                                                  Case No.  08-cv-751
                                                                Judge Leinenweber

THE AMERITECH SICKNESS & ACCIDENT    Magistrate Judge Denlow
DISABILITY BENEFIT PLAN,

       Defendant.

_____

**DEFENDANT AMERITECH SICKNESS & ACCIDENT DISABILITY BENEFIT PLAN'S RULE 7.1 DISCLOSURE STATEMENT**
_____

       Defendant, Ameritech Sickness and Accident Disability Benefit Plan by its attorney, Stephen B. Mead, for its Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states that it is a benefit plan, and, therefore, it has no parent corporation and no publicly held corporation owns 10% or more of its stock.  AT&T Inc. is the administrator of this plan, and it is a publicly held corporation.

Dated at Chicago, Illinois this 5th day of February, 2008.

                         Respectfully submitted,

                         THE AMERITECH SICKNESS
                         & ACCIDENT DISABILITY
                         BENEFIT PLAN


                         By: __/s/  Stephen B. Mead_____
                               Its Attorney

Stephen B. Mead
AT&T Services, Inc.
225 West Randolph St.
25th Floor
Chicago, IL 60606
Attorney No. 06229837
Tel:  (312) 727-3506
Fax:  (312) 845-8976
Stephen.Mead@att.com