## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2008, I electronically filed the **APPEARANCE OF STEPHEN B. MEAD** and **DEFENDANT AMERITECH SICKNESS & ACCIDENT DISABILITY BENEFIT PLAN'S RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>David A. Belofsky
>Belofsky & Belofsky, P.C.
>33 North Dearborn Street
>Suite 2330
>Chicago, IL  60602
>david@belofsky.com

>/s/ Stephen B. Mead
>Attorney for Defendant
>AT&T Services, Inc.
>225 W. Randolph Street, Floor 25B
>Chicago, Illinois 60606
>(312) 727-3506
>Stephen.Mead@att.com