IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA M. BRAND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-751 |
| | ) | |
| THE AMERITECH SICKNESS & | ) | Judge Leinenweber |
| ACCIDENT DISABILITY BENEFIT | ) | Magistrate Judge Denlow |
| PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: David A. Belofsky, Belofsky & Belofsky, P.C., 33 North Dearborn Street, Suite 2330, Chicago, IL 60602, David@Belofsky.com

PLEASE TAKE NOTICE THAT on Thursday, February 14, 2008, at 9:30 a.m., we shall appear before the Honorable Judge Leinenweber, or any judge sitting in his stead, in Courtroom 1941, of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the **Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is filed herewith.

Dated: February 11, 2008

Respectfully submitted,

THE AMERITECH SICKNESS
& ACCIDENT DISABILITY
BENEFIT PLAN


By: /s/ Stephen B. Mead
        Its Attorney

Stephen B. Mead
AT&T Services, Inc.
225 West Randolph St.
25th Floor
Chicago, IL 60606
(312) 727-3506
Stephen.Mead@att.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>David A. Belofsky
>Belofsky & Belofsky, P.C.
>33 North Dearborn Street
>Suite 2330
>Chicago, IL  60602
>David@Belofsky.com

>s/ Stephen B. Mead
>Attorney for Defendant
>AT&T Services, Inc.
>225 W. Randolph Street, Floor 25B
>Chicago, Illinois 60606
>(312) 727-3506
>Stephen.Mead@att.com