UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Debra Brand
                                                            Plaintiff,
v.                                                          Case No.:
                                                            1:08−cv−00751
                                                            Honorable Harry D. Leinenweber

The Ameritech Sickness & Accident Disability
Benefit Plans
                                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

    MINUTE entry before Judge Harry D. Leinenweber :Defendant's Agreed Motion for extension of time to 3/10/2008 in which to answer [9] is granted.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.