# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 751 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Debra Brand vs. The Ameritech Sickness & Accident | | |

**DOCKET ENTRY TEXT**

All matters in controversy having been settled, this case is dismissed with prejudice.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|